FILED
June 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003533810

1 GERALD L. WHITE - State Bar No. 88833
GARY H. GALE - State Bar No.97327
2 LAW OFFICE OF GERALD L. WHITE
111 WOODMERE ROAD, SUITE 240
3 FOLSOM, CA 95630

4 TELEPHONE: (916) 985-3330

5 Attorney for Debtors

6

7         UNITED STATES BANKRUPTCY COURT

8         EASTERN DISTRICT OF CALIFORNIA

9         SACRAMENTO DIVISION

10

11 In re:  )  Chapter 7
                               )
12 ANDREW BYRON GERMAN  )  Case No. 11-33338-A-7
    JULIE SHARP GERMAN     )
13                              )  DC No. GW-1
                               )
14                              )  Date: July 11, 2011
                               )  Time: 10:00 a.m.
15                              )  Place: Dept. A, Courtroom 28
                               )         501 I Street, 7 Floor
16                              )         Sacramento, CA
                Debtors     )
17 _____ )

18

19 **DEBTORS' MOTION FOR TRUSTEE TO ABANDON
DEBTORS' BUSINESS PROPERTY**

20

21     Debtors, Andrew and Julie German, hereby move the Court to order the

22 Chapter 7 Trustee to abandon Debtors' business property as property of this

23 bankruptcy estate pursuant to 11 U.S.C. Section 554.

24     Debtors filed this chapter 7 on May 27, 2011. The chapter 7 trustee appointed

25 in this case is Henry M. Spacone. Debtor, Andrew German, is a self employed roofing

26 contractor, dba The Roofing Company. Debtors' have disclosed in Schedule B certain

27 property used in Debtors' business, including a business checking account with a

28 balance of $376.00, a 2001 Durango Dump Utility Trailer valued at $1,500.00, a 2001

Page 1

Ford F-150 valued at $750.00, a 2003 Ford F-350 valued at $11,000.00, a fictitious business name of unknown value, and machinery, equipment and supplies valued at $1,242.00. Debtors have claimed the property exempt up pursuant to 11 U.S.C. Section 522 and California Code of Civil Procedure Sections 703.140(b)(2)(5)&(6). Based thereon, and pursuant to 11 U.S.C. 554, Debtors allege that the business property is burdensome to this bankruptcy estate and is of inconsequential value and benefit to the estate. Debtors ask that the property be abandoned so that they may continue operating the business in order to provide for themselves and their dependants.

Debtors claim a legal and equitable interest in the subject business property which makes it property of the bankruptcy estate. <u>11 U.S.C. Section 541</u>. The Trustee may abandon property of the bankruptcy estate with the Court's approval. <u>11 U.S.C. Section 554(a)</u>. A party in interest can request the Court order the Trustee to abandon property that is burdensome to the estate or that is of inconsequential value and benefit to the estate. <u>11 U.S.C. Section 554(b)</u>; <u>Bankruptcy Rule 6007</u>

WHEREFORE, Debtors pray for an order compelling the trustee abandon all right, title and/or interest in the business property as property of this bankruptcy estate and that title vest in Debtors free and clear of any interest of the chapter 7 trustee, this bankruptcy estate and/or the Court.

Dated: 6/1/11                        /s/Gerald L. White
                                         Attorney for Debtors

///
///
///